UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carsten J. Quinlan,

        Plaintiff,

vs.

Daniel Puls,
Cheryl Puls, and
Alissa Puls,

        Defendants.

**MEET AND CONFER STATEMENT**

Case No. 0:24-cv-03990-ADM-DLM

---

I, Alan P. King, representing the Defendants, hereby certify that counsel for Defendants met and conferred with Plaintiff Carsten Quinlan in compliance with Rule L.R.7.1(a) via email on November 14, 2024, regarding Defendants' request for additional time to respond to Plaintiff's Complaint.

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

☐ Do not agree on the resolution of any part of the motion.

X Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

1. The parties agreed to a two-week extension for Defendants to respond to Plaintiff's Complaint, setting the new deadline as December 4, 2024.

                                                  **GOETZ & ECKLAND P.A.**

By: _____
    Alan P. King (0344059)
    Natalie R. Cote (403533)
Attorneys for Defendants
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, Minnesota 55413
DATED: November 15, 2024    (612) 874-1552