# UNITED STATES 8th DISTRICT COURT

CARSTEN J. QUINLAN,
    Plaintiff,

v.

case No. 24-cv-03990

DANIEL PULS,
CHERYL PULS, and
ALISSA PULS
    Defendants.

## WORD COUNT COMPLIANCE CERTIFICATE

I, Carsten J. Quinlan, certify that the Plaintiff's Amended Complaint complies with the extended word count limitation of 15,000 granted by the Court [Document 27].

The total word count for the Amended Complaint is 14364 words, as calculated by the word processing program **Microsoft Word**, which was used to prepare the documents.

Respectfully Submitted,

*[signature]*

Carsten J. Quinlan,
Plaintiff
December 13, 2024