UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carsten J. Quinlan,

        Plaintiff,

vs.

Daniel Puls,
Cheryl Puls, and
Alissa Puls,

        Defendants.

**AFFIDAVIT OF NATALIE COTE**

Case No. 0:24-cv-03990-ADM-DLM

---

STATE OF MINNESOTA )
                       ) ss.
COUNTY OF HENNEPIN )

NATALIE R. COTE, being first duly sworn and upon oath, states and affirms as follows:

1) Your Affiant is the one of the attorneys of record for Defendants Daniel Puls, Cheryl Puls, and Alissa Puls. I submit this Affidavit in support of Defendants' Joint Motion to Strike.

2) Exhibit 1 is a true and correct copy of the Stipulation and Order for Private Custody Study signed by Mr. Quinlan and Ms. Puls in Dane County, Wisconsin Case No. 21FA1002.

1

3) Exhibit 2 is a true and correct copy of the meet and confer emails exchanged between Plaintiff and defense counsel regarding Defendants' Motion to Strike under Local Rule 7.01(a).

4) Exhibit 3 is a true and correct copy of Defendant Alissa Puls' Safe at Home participant identification card.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Natalie Cote*
———————————————
NATALIE R. COTE

Subscribed and sworn to before me this 27th day of Dec., 2024.

———————————————
Notary Public

MELONY JEAN SIEDOW
Notary Public
State of Minnesota
My Commission Expires
January 31, 2027