

# OFFICE OF THE MINNESOTA
# SECRETARY OF STATE

By law all public and private entities must use this address for all records related to the program participant named below.

**ALISSA PULS**
**LOT # 5974**
**PO BOX 17370**
**SAINT PAUL MN 55117-0370**

DOB: 06/15/1985
PROGRAM EXPIRATION: 02/01/2028

**Safe at Home**
Minnesota's Address Confidentiality Program
651-201-1399

Exhibit 3