# UNITED STATES 8th DISTRICT COURT

---

CARSTEN J. QUINLAN,
    Plaintiff,

v.

DANIEL PULS,
CHERYL PULS, and
ALISSA PULS
    Defendants.

case No. 24-cv-03990

---

## WORD COUNT COMPLIANCE CERTIFICATE

---

I, Carsten J. Quinlan, certify that the Plaintiff's Opposition and Memorandum of Law in Support of their Opposition to Defendant's Motion to Strike complies with the extended word count limitation of 12,000.

The total word count for the notice of opposition and supporting memorandum is 3150 words, as calculated by the word processing program **Microsoft Word**, which was used to prepare the documents.

Respectfully Submitted,

*[signature]*

Carsten J. Quinlan,
Plaintiff
January 10, 2025